UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                    Criminal No. 25-mj-30070

Timothy Patrick Higle,

    Defendant

_____/

## MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                    Respectfully submitted,

                                    Julie A. Beck
                                  Acting United States Attorney

                                  *s/Sean King*
                                  Sean King
                                  Assistant United States Attorney
                                  211 W. Fort Street, Suite 2001
                                  Detroit, MI 48226
                                  Sean.King@usdoj.gov
                                  (313) 226-9727

Dated: February 13, 2025

**IT IS SO ORDERED.**

                                        **s/Elizabeth A. Stafford**
                                        Elizabeth A. Stafford
                                        United States Magistrate Judge

Entered: February 13, 2025